UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Rozalyn Monique Hutchens-Engle**
a/k/a Rozalyn M Engle, Razalyn M Hutchens,　　　**Case No. 10-82212**
Rosalyn Engle
S.S. No.: xxx-xx-9290
Mailing Address: 124 Cranbrook Court, Raeford, NC 28376-

　　　　　　　　　　　　　　Debtor.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on December 7, 2010.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: January 6, 2011

　　　　　　　　　　　　　　**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

　　　　　　　　　　　　　　/s John T. Orcutt
　　　　　　　　　　　　　　John T. Orcutt
　　　　　　　　　　　　　　N.C. State Bar No. 10212
　　　　　　　　　　　　　　Counsel for the Debtor
　　　　　　　　　　　　　　6616-203 Six Forks Rd.
　　　　　　　　　　　　　　Raleigh, N.C. 27615
　　　　　　　　　　　　　　Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 12/2/10
**Lastname-SS#:** Engle-9290

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Hoke County Taxes | 2 | House & Lot |
| | Vector Security | | Contract |
| | Masters Exterminators | | Contract |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | Hoke County Taxes | 2 | | ** |
| | Vector Security | | | ** |
| | Masters Exterminators | | | ** |
| | | | | ** |
| | | | | ** |
| | GMAC Mortage | 1 | $2,292 | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG-TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | GMAC Mortage | 1 | $1,096 | N/A | n/a | $1,096.00 | House & Lot |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,272** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **17.13** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* = Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE          (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions

Plan to allow for 3 "waivers". Interest on EAE at fed. judgment rate

## CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**


/s Kaelyn McCollum
Kaelyn McCollum

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

GMAC Mortgage
3451 Hammond Avenue
Attn: Managing Agent
Waterloo, IA 50702-5345

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Alliance Funding LLC
PO Box 1628
New Milford, CT 06776

Great Sky Cash, LLC
Post Office Box 406
Timber Lake, SD 57656

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Amazon
c/o GEMB
Post Office Box 981432
El Paso, TX 79998-1432

Hoke County Tax Collector
Post Office Box 217
Raeford, NC 28376-0217

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Ameriloan
3531 P Street NW
Post Office Box 111
Miami, OK 74355

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Citibank
Post Office Box 6500
Sioux Falls, SD 57117-6500

Kohls
Post Office Box 3043
Milwaukee, WI 53201-3043

Experian
P.O. Box 2002
Allen, TX 75013-2002

Credit Bureau of Greensboro
Post Office Box 26140
Greensboro, NC 27402-0040

Masters Exterminators
4914 Raeford Road
Fayetteville, NC 28301

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Department of Veteran Affairs
St. Louis Regional Office
Post Office Box 66830
Saint Louis, MO 63166-6830

Military Star
Disputes Unit
Post Office Box 650410
Dallas, TX 75265-0410

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Jeff Engle
4650 Washington Blvd
Apt 422
Arlington, VA 22201

National Group LLC
P.O. Box 025250, #14118
Miami, FL 33102

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

GE Money Bank
Bankruptcy Dept.
Post Office Box 103104
Roswell, GA 30076-3104

North Carolina Department of Re
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

| | | |
|---|---|---|
| North Carolina Dept of Revenue<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 | Target National Bank<br>3901 West 53rd Street<br>Sioux Falls, SD 57106-4216 | WF EFS<br>501 Bleecker Street<br>Utica, NY 13501-2498 |

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

Target National Bank
3901 West 53rd Street
Sioux Falls, SD 57106-4216

WF EFS
501 Bleecker Street
Utica, NY 13501-2498

North Carolina Employment Security Commission
Post Office Box 26504
Raleigh, NC 27611-6504

The Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Northland Group, Inc.
Post Office Box 390905
Edina, MN 55439-0905

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

PayDay Loan Yes
Post Office Box 572037
Salt Lake City, UT 84157-2037

US Department of Education
Post Office Box 13328
Richmond, VA 23225-0328

Payday Max
207-1425 Marine Drive
West Vancouver, British Columbia
Canada V7T1139

US Department of Education
Direct Loan Servicing Center
Post Office Box 5609
Greenville, TX 75403-5609

Paypal
c/o GE Money Bank
Post Office Box 981064
El Paso, TX 79998

US Department of Education
Post Office Box 5202
Greenville, TX 75403-5202

Sallie Mae
Post Office Box 9500
Wilkes Barre, PA 18773-9500

USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-0596

Sallie Mae
Post Office Box 9635
Wilkes Barre, PA 18773

Vector Security
70 East Business Park
131 US 70 East
Garner, NC 27529

Sears/Citi
8725 W. Sahara Avenue
The Lakes, NV 89163

Veterans Administration
Regional Office
251 North Main Street
Winston-Salem, NC 27155